UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 21, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Jason Followell, *et al.*, | § |
| Plaintiffs, | § |
| *versus* | §   Civil Action H-17-2280 |
| Weits Heavy Industrial, LLC, *et al.*, | § |
| Defendants. | § |

## Final Dismissal

1. The parties's sealed settlement agreement is accepted. (35)

2. The settlement is approved and this case is dismissed with prejudice, with an exception that the attorneys may take a maximum of $16,000 – not $24,000. The remaining $8,000 must be distributed to Jason Followell, Joseph Munoz, Orquidia Jasmin Gaona, and Daryl Akins *pro rata*. (34)

3. This court retains jurisdiction to enforce the settlement.

Signed on November 20, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge